UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RITA L. STOUDEMIRE,

        Plaintiff,                    Case No. 05-74086

v.                                 District Judge Patrick J. Duggan
                                     Magistrate Judge R. Steven Whalen

GENERAL MOTORS CORPORATION,
a Foreign Corporation,

        Defendant.
_____/

**ORDER**

Before the Court is Plaintiff's Motion to Compel Discovery [Docket #19]. For the reasons and under the terms stated on the record on September 19, 2006, the Motion is GRANTED IN PART AND DENIED IN PART, as follows:[1]

1. Defendant shall respond to Plaintiff's Interrogatory No. 22, regarding complaints for sexual harassment, as well as race and disability-based allegations, including internal complaints (formal and informal), EEOC complaints and lawsuits. As to lawsuits, Defendant need not supply settlement information. The scope of the Plaintiff's request will be limited to complaints arising out of the Romulus Plant, for the period of 1998 through 2004.

---

[1] Prior to the hearing, the parties resolved all but three of the Plaintiff's discovery requests. This order pertains to those three disputed requests.

    2. Plaintiff's request for the production of *all* plant vacancies and individuals who filled those vacancies is DENIED. The request is GRANTED only to the extent that Defendant will produce information that it previously agreed to provide, related to a specific machinery department.

    3. Defendant shall produce the computer printout generated by the "people soft" system, regarding Plaintiff's complaints to GM.

    SO ORDERED.


    S/R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

Dated: September 20, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 20, 2006.

    S/Gina Wilson
    Judicial Assistant